UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHARLES J. CHERUNDOLO,

                Plaintiff,

                                       No. 5:06-CV-0677
      v.                               (NAM/RFT)

MANULIFE FINANCIAL CORPORATION,

                Defendant.
_____

APPEARANCES:                                OF COUNSEL:

Cherundolo, Bottar Law Firm            John C. Cherundolo, Esq.
Suite 1600
120 Madison Street
MONY Tower II - 16th Floor
Syracuse, NY 13202

Nixon, Peabody Law Firm               Christopher D. Thomas, Esq.
P.O. Box 31051
Clinton Square, Suite 1300
Rochester, NY 14603-1051

**NORMAN A. MORDUE, Chief U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

      Pursuant to the status report filed on November 21, 2006, by attorney Cherundolo, that the

parties have entered into an agreement in settlement of all claims in this action, and that they

reasonably anticipate finalizing their agreement shortly, following which this action will be

discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of

Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated: November 22, 2006
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge